Arturo E. Matthews, Jr. (SBN #145232)
**BURNETT & MATTHEWS LLP**
4675 MacArthur Court, Suite 1540
Newport Beach, California 92660
Telephone: (949) 975-1980
Facsimile: (949) 975-1988

Attorneys for Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>DEANNA EILEEN RACHLIN,<br>    Debtor,<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006,<br>    Movant,<br><br>v.<br><br>DEANNA EILEEN RACHLIN, Debtor; ELISSA MILLER, Chapter 7 Trustee;<br>    Respondents. | Case No: 2:10-bk-24246-RN<br><br>CHAPTER 7<br><br>DECLARATION OF BRIAN BURNETT REPLY TO DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: 9/8/10<br>Time: 9:00 a.m.<br>Ctrm: 1645<br>Floor: 16th |

### **DECLARATION OF BRIAN BURNETT**

I, BRIAN BURNETT, declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the facts, all of which are within my personal knowledge. If called upon as a witness, I could and would competently testify thereto.

2. I am employed as an Assistant Vice President by OneWest Bank, FSB ("OWB"). OWB is the servicing agent for Movant and acts as Attorney in Fact for Movant in connection with matters associated with the subject loan. I have access to and have reviewed Movant's

business records as they relate to the subject Promissory Note and Deed of Trust referenced below and I am familiar with the manner in which those records are compiled. I make this Declaration based upon the following facts, all of which are within my personal knowledge. If called as a witness I could and would competently testify thereto.

3. Movant has been in possession of the Original Note concerning the Subject Property located at 1933 Rosemount Avenue Claremont, CA 91711 since October 2, 2006,

4. Debtor was previously denied for a HAMP loan modification based on expenses provided in the HAMP application. Unless her expenses have gone down considerably, Movant does not see how Debtor can afford the loan on the Subject Property.

5. Deutsche Bank is a participant of the HAMP program. Normally, if a Debtor does not qualify for a HAMP modification, Movant will review the borrower for a second look or a custom modification. There are also other, alternative modifications programs available. The review process for most of these modification programs is similar, however, different loan terms and/or offers are proposed with each program.

6. Although Movant cannot guarantee that the Subject Property will not eventually be sold at a trustee's sale, Movant will not move proceed to sale during the loan modification review process, even if a discharge is entered in the instant case, provided the Debtor submits a completed loan modification package application by August 27, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __23__ day of __AUG.__ 2010, at <u>Austin, Texas.</u>

_Brian Burnett_
By OneWest Bank, FSB as
Attorney-in-Fact

| In re: | | CHAPTER: 7 |
|---|---|---|
| DEANNA EILEEN RACHLIN | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-24246-RN |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BURNETT & MATTHEWS, LLP
4675 MACARTHUR COURT, SUITE 1540
NEWPORT BEACH, CA 92660

A true and correct copy of the foregoing document described as DECLARATION OF BRIAN BURNETT REPLY TO DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/25/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Attorneys for Debtor: Steven C Vondran    steve@vondranlaw.com, Jeffrey J Hagen    hagenlaw@earthlink.net
Chapter 7 Trustee: Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/25/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Deanna Eileen Rachlin
1933 Rosemount Avenue
Claremont, CA 91711

JUDGE RICHARD M. NEITER
U.S. BANKRUPTCY COURT
ROYBAL FEDERAL BUILDING
255 E. TEMPLE STREET, SUITE 1652
LOS ANGELES, CA 90012-3332

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/25/10 | Monica Gonzales | /s/ Monica Gonzales |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**