| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BURNETT & MATTHEWS LLP<br>ARTURO E. MATTHEWS, JR (SBN 145232)<br>4675 MACARTHUR COURT, SUITE 1540<br>NEWPORT BEACH, CA 92660<br>(949) 975-1980 Telephone<br>(949) 975-1988 Fax<br><br>*Attorney for* Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>DEANNA EILEEN RACHLIN<br><br>Debtor(s). | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, Plaintiff(s).<br>MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006<br>vs.<br>DEANNA EILEEN RACHLIN<br><br>Defendant(s). | CHAPTER: 7<br>CASE NO.: 2:10-bk-24246-RN<br>ADVERSARY NO.:<br>DATE: 9/8/10<br>TIME: 9:00 A.M.<br>PLACE: 255 East Temple Street, Los Angeles |

# SECOND JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served? ☒ Yes ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.? ☒ N/A Motion For Relief From Stay hearing

3. Have all motions addressed to the pleadings been resolved? ☐ Yes ☒ No
   Lift stay motion has not been resolved.

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? ☒ N/A Motion For Relief From Stay hearing

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below *(or on attached page)*: (1) Matters still in dispute as to whether the Assignment of the Deed of Trust is valid under applicable law; (2) Whether the signing of the Assignment was a violation of the Automatic Stay, (3) Whether Deutsche bank has standing to lift the stay (possession of the original note and proper assignment of Deed of Trust); (4) Whether Deutsche is the real party in interest to lift the stay (possession of the original note and proper assignment of Deed of Trust); (5) Whether the purported assignment of the Deed of Trust by MERS to Deutsche violated the automatic Stay; (6) Whether Debtor will submit loan modification application as she has been invited to do by Movant. Movant has state it will not foreclose while her application is under consideration.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 7016-1.1

F 7016-1.1

| In re<br>DEANNA EILEEN RACHLIN | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:10-bk-24246-RN |
| Debtor(s). | ADVERSARY NO.: |

**B.  READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

    **Plaintiff**                                                                     **Defendant**

    N/A Motion fore relief from stay hearing is set for 9/8/10

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    **Plaintiff**                                                                     **Defendant**

    See response to Item B 1

3. When do you expect to complete your discovery efforts?

    **Plaintiff**                                                                     **Defendant**

    See response to Item B 1

4. What additional discovery do you require to prepare for trial?

    **Plaintiff**                                                                     **Defendant**

    See response to Item B 1

**C.  TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

    **Plaintiff**                                                                     **Defendant**

    n/a See response to Item B 1

2. How many witnesses do you intend to call at trial (including opposing parties)?

    **Plaintiff**                                                                     **Defendant**

    n/a See response to Item B 1

3. How many exhibits do you anticipate using at trial?

    **Plaintiff**                                                                     **Defendant**

    n/a See response to Item B 1

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

F 7016-1.1

| In re<br>DEANNA EILEEN RACHLIN | | CHAPTER: 7 |
|---|---|---|
| | | CASE NO.: 2:10-bk-24246-RN |
| | Debtor(s). | ADVERSARY NO.: |

D. **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference ___ (is)/ X (is not) requested.
Reasons: n/a See response to Item B 1

Defendant

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) _____

Defendant

Pre-trial conference should be set after:

(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   Movant has stated it will not foreclose on the property if the debtor timely submits a loan modification application, however, debtor has not doe so as to the date of this Joint Status Report was filed

2. Has this dispute been formally mediated?      ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff
   ☐ Yes    ☒ No

   Defendant
   ☐ Yes    ☐ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 7016-1.1

Joint Status Report - *Page 4*                                                F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| DEANNA EILEEN RACHLIN | CASE NO.: 2:10-bk-24246-RN |
| Debtor(s). | ADVERSARY NO.: |

**F.** **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: 08/25/10                              Dated: 8/26/10

BURNETT & MATTHEWS LLP                       The Law Offices of Steve Vondran
*Firm Name*                                  *Firm Name*

By: _____                  By: _____

Name: ARTURO E. MATTHEWS, JR.                Name: Steve Vondran

Attorney for: MOVANT                         Attorney for: Rachlin

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 7016-1.1

F 7016-1.1

| In re<br>DEANNA EILEEN RACHLIN | CHAPTER: 7 |
|---|---|
| | CASE NO.: 2:10-bk-24246-RN |
| Debtor(s). | ADVERSARY NO.: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4675 MacArthur Court, Suite 1540
Newport Beach, CA 92660

A true and correct copy of the foregoing document described as JOINT STATUS REPORT LOCAL BANKRUPTCY RULE 7016-1(a)(2) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/26/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Attorneys for Debtor: Steven C Vondran   steve@vondranlaw.com, Jeffrey J Hagen   hagenlaw@earthlink.net
Chapter 7 Trustee: Elissa Miller (TR)   CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 8/26/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor(s):
Deanna Eileen Rachlin
1933 Rosemount Avenue
Claremont, CA 91711

JUDGE RICHARD M. NEITER
U.S. BANKRUPTCY COURT
ROYBAL FEDERAL BUILDING
255 E. TEMPLE STREET, SUITE 1652
LOS ANGELES, CA 90012-3332

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/26/10 | Monica Gonzales | **/s/ Monica Gonzales** |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1