Arturo E. Matthews, Jr. (SBN #145232)
**BURNETT & MATTHEWS LLP**
4675 MacArthur Court, Suite 1540
Newport Beach, California 92660
Telephone: (949) 975-1980
Facsimile:  (949) 975-1988

FILED & ENTERED

SEP 28 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pickett    DEPUTY CLERK

Attorneys for Movant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR21, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR21 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2007

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>DEANNA EILEEN RACHLIN,<br>             Debtor(s),<br>_____<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006,<br>             Movant,<br>v.<br><br>DEANNA EILEEN RACHLIN, Debtor(s);  ELISSA MILLER, Chapter 7 Trustee<br>             Respondents. | CASE NO. 2:10-bk-24246-RN<br>CHAPTER 7<br><br>ORDER CONCERNING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: October 20, 2010<br>Time: 9:00 a.m.<br>Ctrm: 1645<br>Floor: 16th |

The Motion for Relief from the Automatic Stay file by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 UNDER THE POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2006's came regularly for hearing on September 9̶ **8**, 2010.  The appearances of counsel were duly noted on the record.  After considering the papers and arguments of counsel, the Court made the following order:

IT IS ORDERED, ADJUDGED, AND DECREED that the hearing shall be continued to October 20, 2010 at 9:00 a.m. in Courtroom 1645 of the United States Bankruptcy Court Located at 255 East Temple Street, Los Angeles;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Debtor must make adequate protection payments in the amount of $2,868.74.  First payment to be received by September 20, 2010 and the  second payment to be received by October 10, 2010;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Movant must file a brief answering whether the declaration under penalty of perjury signed out of state must contain express language that it is signed under penalty of perjury  under the laws of the state of California;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Debtor's Counsel must file a reply by October 7, 2010.  If the briefed case was misrepresented by Debtor's Counsel, Judge Neiter will sanction Counsel $1,000.00;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Debtor must send a complete loan modification package to Burnett & Matthews LLP to be received by September 15, 2010.

###

DATED: September 28, 2010

United States Bankruptcy Judge

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4675 MacArthur Court, Suite 1540
Newport Beach, CA 92660

The foregoing document described as ORDER WITH REQUIREMENTS ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On ___September  9, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE RICHARD M. NEITER
U.S. BANKRUPTCY COURT
ROYBAL FEDERAL BUILDING
255 E. TEMPLE STREET, SUITE 1652
LOS ANGELES, CA 90012-3332

☐ Service information continued on attached page

*III.* **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2010 | Monica Gonzales | /s/ Monica Gonzales |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify)* ORDER WITH REQUIREMENTS ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  September 9, 2010  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Attorney for Debtor(s):   Jeffrey J Hagen     hagenlaw@earthlink.net; Steven C Vondran steve@vondranlaw.com
Chapter 7 Trustee:   Elissa Miller     CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor(s):
Deanna Eileen Rachlin
1933 Rosemount Avenue
Claremont, CA 91711

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page